Form ntcclmdbtr

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **21−49710−mar**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Hilary M. Richards
    3530 Old Farm Road
    Fort Gratiot, MI 48059

Social Security No.:
    xxx−xx−5401

Employer's Tax I.D. No.:

**NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE**

**NOTICE IS HEREBY GIVEN** that on 11/16/2022 a claim was filed by the Debtor/Trustee on behalf of State of Michigan Department of Treasury in the amount of $ 150.00 .

Dated: 11/17/22

                              BY THE COURT

                              Todd M. Stickle , Clerk of Court
                              UNITED STATES BANKRUPTCY COURT